UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BLUE CASTLE (CAYMAN) LTD.,

                                                                      **NOTICE OF MOTION**

                                                                      Case No. 1:23-cv-03851-LDH-PK

                    Plaintiff,

                 -against -

JORGE EFRAIN ASTUDILLO, HOME HEATING OIL
CORP., NEW YORK STATE DEPARTMENT OF
TAXATION & FINANCE, CITY OF NEW YORK
ENVIRONMENTAL CONTROL BOARD, MICHELLE
CARDOVA, JULIO ASTUDILLO, SARANELL
CORDOVA,

JOHN DOE and JANE DOE, the last two names being
fictitious, it being intended to name all other parties who
may have some interest in or lien upon the premises
described in the complaint,

                              Defendants.
-------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon both the annexed Declaration of Regularity of Mojdeh Malekan, Esq., dated December 20, 2023, and the accompanying Memorandum of Law, also dated December 20, 2023, as well as the Affidavit of John Ramer, an Authorized Representative of Plaintiff, sworn to on December1, 2023, and upon all prior pleadings, papers and proceedings had heretofore, Blue Castle (Cayman) Ltd., Plaintiff herein, by and through its attorneys Hasbani & Light, P.C., will move this court before the Honorable Judge LaShann DeArcy Hall, United States District Court Judge, at the United States District Court for the Eastern District of New York, located at the United States Courthouse: 225 Cadman Plaza,

Brooklyn, NY, 11201 on a date and time so designated by the Court, so counsel can be heard for an order granting a default Judgment of Foreclosure and Sale, appointing a Referee to sell the mortgage premises and that this Court ascertain and compute the amount due to Plaintiff for principal and interest, upon the Note and Mortgage mentioned in the Complaint herein; and that Plaintiff have such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any to the instant application must be made in writing and received in the District Court Clerk's office, United States District Court for the Eastern District of New York, and by the undersigned, The Hasbani & Light, P.C., 450 Seventh Ave, Suite 1408, New York, NY 10123, and all other parties requiring notice in accordance with the rules of this Court.

Dated: New York, New York
December 20, 2023

**HASBANI & LIGHT, P.C.**

*/s/ Mojdeh Malekan*
Mojdeh Malekan, Esq.
*Attorneys for Plaintiff*
450 Seventh Ave, Suite 1408
New York, NY 10123
T: (212) 643-6677
mmalekan@hasbanilight.com