UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BLUE CASTLE (CAYMAN) LTD.,

                    Plaintiff,                    JUDGMENT

v.                                              23-CV-3851 (LDH)(PK)

JORGE EFRAIN ASTUDILLO, HOME HEATING
OIL CORP., NEW YORK STATE DEPARTMENT
OF TAXATION AND FINANCE, CITY OF NEW
YORK ENVIRONMENTAL CONTROL BOARD,
MICHELLE CARDOVA, JULIO ASTUDILLO, and
SARNELL CORDOVA,

                    Defendants.
----------------------------------------------------------------X

      An Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on September 27, 2024, adopting the Report and Recommendation of Magistrate Peggy Kuo, dated July 26, 2024, which recommended that: (1) a default judgment of mortgage foreclosure be entered against Defendants; (2) the Court award Plaintiff damages consisting of $906,093.53, including $736,772.01 in unpaid principal, $77,985.61 in interest, $82,920.91 in other fees, $5,090.00 in attorney's fees, and $3,325.00 in costs; (3) the Court order the foreclosure and sale of the Property described in the Mortgage; it further recommended that Plaintiff be directed to provide the names of three candidates to serve as referee over the sale of the subject property from whom the District Court may select one and that Plaintiff be directed to provide the name of the publication in which the time and place of the sale will be published. No objections to the R&R have been filed; it is

      ORDERED and ADJUDGED that a default judgment of mortgage foreclosure is entered against Defendants; that Plaintiff is awarded a total amount of $906,093.53; and that the Court orders the foreclosure and sale of the Property described in the Mortgage; that Plaintiff is directed to provide the names of three candidates to serve as referee over the sale of the subject

property from whom the District Court may select one; and that Plaintiff is directed to provide the name of the publication in which the time and place of the sale will be published.

| | |
|---|---|
| Dated: Brooklyn, New York<br>October 2, 2024 | Brenna B. Mahoney<br>Clerk of Court<br><br>By:    /s/Jalitza Poveda<br>          Deputy Clerk |